# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2024-0239
Lower Tribunal No. 2019-CA-000742

—————————————————

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellant/Cross-Appellee,

v.

WENDY D. MONTGOMERY and MORRIS L. MONTGOMERY,

Appellees/Cross-Appellants.

—————————————————

Appeal from the Circuit Court for Polk County.
Brandon J. Rafool, Judge.

March 6, 2026

PER CURIAM.

AFFIRMED. *See Universal Prop. & Cas. Ins. Co. v. Rodriguez*, No. 6D2024-1194, --- So. 3d ---, 2026 WL 370220 (Fla. 6th DCA Feb. 6, 2026).

Because the direct appeal is affirmed, the conditional cross-appeal is dismissed as moot. *See R.J. Reynolds Tobacco Co. v. Brown*, 286 So. 3d 877 (Fla. 5th DCA 2019) (dismissing conditional cross-appeal as moot when affirming issues raised on appeal).

STARGEL, WOZNIAK and SMITH, JJ., concur.

David A. Noel and Kara Rockenbach Link, of Link & Rockenbach, P.A., West Palm Beach, for Appellant/Cross-Appellee.

Mark A. Nation, of The Nation Law Firm, Longwood, for Appellees/Cross-Appellants.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED